NOTE: This order is nonprecedential.

FILED: 2/3/16
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

# United States Court of Appeals for the Federal Circuit

---

**In re: TALARI NETWORKS, INC,**
*Petitioner*

---

2016-107

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 6:15-cv-00458-RWS, Judge Michael H. Schneider.

---

**ON PETITION**

---

**O R D E R**

Upon consideration of Talari Networks, Inc.'s motion to withdraw the petition for writ of mandamus,

IT IS ORDERED THAT:

The motion is granted. The petition is dismissed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26